# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| United States of America, | : | | |
| Plaintiff, | : | Case Nos. | 2:14-cr-127 (8) |
| | | | 2:15-cr-080 (4) |
| vs. | : | | |
| Deounte Ussury, | : | Judge Algenon L. Marbley | |
| Defendant. | : | | |

## DEFENDANT DEOUNTE USSURY'S EXHIBIT LIST

Deounte Ussury, through undersigned counsel, pursuant to this Court's order, hereby submits the following:   With leave of the Court, Defendant reserves the right to make exhibits of any discovery or to join in exhibits provided the Government in discovery.

Respectfully submitted,

OFFICE OF THE OHIO PUBLIC DEFENDER

*s/ Kirk A. McVay*

Kirk A. McVay (0064858)
kirk.mcvay@opd.ohio.gov

*s/ Greg Meyers*

Greg Meyers (0014887)
greg.meyers@opd.ohio.gov
250 E. Broad Street, Suite 1400
Columbus, Ohio 43215
(614) 466-5394 phone
(614) 728-3670 fax

Attorneys for Deounte Ussury

Case: 2:14-cr-00127-ALM Doc #: 998 Filed: 03/25/16 Page: 2 of 2  PAGEID #: 5315

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Devillers, Esq.
Assistant United States Attorney
dave.devillers@usdoj.gov e-mail

Kevin W. Kelley, Esq.
Assistant United States Attorney
kevin.kelley@usdoj.gov e-mail

Brian J. Martinez
Special Assistant United States Attorney
Brian.Martinez2@usdoj.gov
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715 phone
(614) 469-6895 fax

                                               *s/ Kirk A. McVay*
                                               Kirk A. McVay (0064858)

2